# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| HIIREEN A. JONES, #23018260 | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1649-S-BN |
| PARKLAND HOSPITAL, et al. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error,[1] the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 20, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] In the Objections, Plaintiff correctly notes that the Findings, Conclusions, and Recommendation state that Plaintiff was released from Parkland Hospital with pain medication, while the Complaint states that he was released without pain medication. However, whether Plaintiff was released with pain medication has no bearing on the conclusion reached in the Findings, Conclusions, and Recommendation and thus does not impact this Court's acceptance of the Findings, Conclusions, and Recommendation.